# United States District Court
# For The Western District of North Carolina
# Statesville Division

PATRICIA D. STEELE,

    Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:11CV108

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2012, Order.

Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court